JAMES ADAM BLUHM V. STATE OF TEXAS

NO. 07-00-0403-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 24, 2000

___________________________________________

JAMES ADAM BLUHM, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

____________________________________________

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-430,740; HON. SAM MEDINA, PRESIDING

_____________________________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

James Adam Bluhm appeals from a judgment convicting him of intoxication manslaughter.  Pursuant to Texas Rule of Appellate Procedure 26.2(a)(1), appellant had to file his notice of appeal within 30 days of the date sentence was imposed in open court.  The judgment before us reflects that sentence was imposed on April 26, 2000, thus, the notice of appeal was due on June 26, 2000.  However, it was not filed until August 16, 2000.  Furthermore, nothing of record indicates that appellant timely sought a new trial or moved to extend the period within which to file his notice of appeal.  Consequently, the June 26
th
 deadline was not extended, and his notice was and is untimely.  

The notice being untimely, we
 have no jurisdiction over the appeal and must dismiss it. 
 Slaton v. State
, 981 S.W.2d 208, 210 (Tex.Crim.App.1998).  Accordingly, it is dismissed for want of jurisdiction.
 

Brian Quinn

   Justice

Do not publish.